606 A.2d 358

STATE OF NEW JERSEY, v. KASSEEM X. ROBINSON.

February 19, 1992.

Petition for certification is granted, and the matter is summarily remanded to the trial court for reconsideration of the sentence in the light of *State v. Lagares,* 127 *N.J.* 20, 601 *A.*2d 698 (1992).

Jurisdiction is not retained.